AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Tanya Blumenshine, <br> *Plaintiff* <br> v. <br> Bloomington School District No. 87, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 21-cv-1227 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ **other:** Plaintiff, Tanya Blumenshine recovers nothing on her claims against Defendant Bloomington School District No. 87.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge James E. Shadid on a motion for Summary Judgment.

Date: 11/7/2023

s/JES

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*