AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Tanya Blumenshine, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 21-CV-1227 |
| Bloomington School District No. 87, | ) |
| *Defendant* | ) |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Plaintiff, Tanya Blumenshine, recovers nothing on her claims against Defendant Bloomington School District No. 87. Defendant, Bloomington School District No. 87, shall recover costs of suit in the amount of $5,341.25 in transcription costs which include the video deposition costs; the $150.00 costs associated with the subpoena of Ms. Larsen's records; and $462.38 for photocopying charges.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☑ **decided by Judge** James E. Shadid on a motion for Summary Judgment.

Date: 12/13/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

JES approved
12/13/2023